```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                      MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: November 17, 2008

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski


Title of Case:                            Docket# 08cv5622

Chao v. Charles Schwab, et al

Appearances:
Daniel A. Gibbons, AUSA for the Dept. of Labor
Roger Jacobs, Esq. and Jill Rosenberg, Esq. for dfts

Nature of proceeding: **TRO/Show Cause Hearing**
Hrg. on plt's application for a TRO;
Adjourned to 11/19/08 at 2:00 P.M.




Time Commenced 2:55 p.m.
Time Adjourned 3:00 p.m.


cc: chambers                              Antigone Owens-Krefski
                                          Deputy Clerk