UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ELAINE L. CHAO, Secretary of Labor, : Civil Action No.
United States Department of Labor        08-5622 (SDW)
                                     :
      Plaintiff,

      v.
                                     :   ORDER
The Charles Schwab Corporation,
Charles Schwab & Co, Inc.,
Charles Schwab Bank,
                                     :

      Defendant.                     :

---

THIS MATTER, having been opened to the Court upon the application of the Secretary of the United States Department of Labor for an order enforcing the order of the Secretary of Labor that the Defendant reinstate its former employees Rick Liebchen and Scott Werling; and

It having been reported to the Court by Counsel for the Secretary that the Defendant and its former employees have amicably settled their dispute, and accordingly the Secretary's order of reinstatement is moot, it is on this 21st day of January, 2009,

ORDERED that the Complaint is deemed withdrawn, and the matter is closed.

_____
Hon. Susan D. Wigenton
United States District Court

-1-